IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HOVSEP KHACHATRYAN,          :
         Petitioner    :
   v.                    : Case No. 3:25-cv-00546-SLH-KAP
LEONARD ODDO *et al.*,         :
         Respondents   :

## Rule and Order

Petitioner, a detainee at the Moshannon Valley Processing Center, submitted a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2241.

Service was made by counsel (see Affidavit of Service at ECF No. 3). Within sixty days of service, respondents, through the United States Attorney for the Western District of Pennsylvania, shall file a response to the allegations in the petition for the writ of habeas corpus, showing cause, if any, why the writ should not be granted.

DATE: January 8, 2026

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record