IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOVSEP KHACHATRYAN. | ) |
| | ) Civil Action No. 3:25-cv-000546-SLH |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LEONARD ODDO et al, | ) |
| | ) |
| Defendants. | ) |

**ORDER FOR THE RETURN OF CASH BOND**

AND NOW, this 3rd day of February, 2026, as a final judgment has been entered on 01/23/2026 at ecf no. 16 pursuant to Rule 58 of the Federal Rules of Civil Procedure in favor of Respondents and against Petitioner, and the case has been marked Closed,

IT IS HEREBY ORDERED and DIRECTED that the Clerk of Court of the Western District of Pennsylvania return the cash bond held in the local Registry in the amount of **$1.00** to:

PALLADINO ISBELL AND CASAZZA LLC
1 W THIRD ST
SUITE 200
MEDIA, PA 19063

Jennifer M. Tully
Prepared by

_____
United States District Judge